**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA ex rel.** | : | **CIVIL ACTION** |
| **WILLIAM A. THOMAS** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **SIEMENS AG, et al** | : | **NO. 2004-0116** |

## ORDER

**AND NOW**, this 10th day of August, 2009, upon consideration of the Relator's Notice of Objection to Magistrate Judge's Order Regarding Motion to Transfer Venue (Document No. 59), the defendants' response, the plaintiff's reply to the response, and the Magistrate Judge's Order regarding the motion to transfer venue (Document No. 58), it is **ORDERED** that the relator's objection is **OVERRULED** and this action is **TRANSFERRED** to the United States District Court for the Eastern District of Pennsylvania.

                                                s/Timothy J. Savage
                                                TIMOTHY J. SAVAGE, J.